**Magdalena Wilhelm, appellee, v. Chicago Railways Company, appellant.** Gen. No. 26,490.

Action for damages for personal injuries resulting from a collision between one of defendant's street cars, on which plaintiff was a passenger, and a coal wagon. Judgment for plaintiff after

remittitur. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed with finding of facts. Opinion filed February 14, 1922.

Thomas J. Symmes and Watson J. Ferry, for appellant; W. W. Gurley and J. R. Guilliams, of counsel. Saltiel & Rossen, for appellee.

Mr. Justice Morrill delivered the opinion of the court.